JUDICIAL PANEL ON MULTIDISTRICT LITIGATION -- RTC CASE LISTING												February 25, 1994

| | | Page: 1 |
| --- | --- | --- |
| RTC# | CAPTION | |

23    IN RE UNITED STATES ENVIRONMENTAL PROTECTIN AGENCY OCS PERMIN, 58 FED. REG. 63,964 ON DECEMBER 17, 1993

| 02/09/94 | 02/09/94 | 02/25/94 |
| --- | --- | --- |
| PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM UNITED STATES ENVIRONMENTAL PROTECTION AGENCY - involving 2 petitions pending in 2 circuits as follows: one in 5th circuit and 6th circuit -- OCS Permit, 58 FED REG. 63,964 on Dec. 17, 1993 (rh) | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating 2 appeals that were pending in 2 circuits, in the Court of Appeals for the Sixith Circuit. Random Selector, Delora L. Davis, Deputy Clerk and witness Regina N. Hale, Work Leader Deputy Clerk (rh) | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 2/25/94 - Received from United States Environmental Protection Agency - w/cert of svc. (rh) |

RELATED ACTIONS

| | |
| --- | --- |
| 05-93-5616 | American Petroleum Institute v. EPA |
| 06-93-4371 | BP Exploration & Oil, Inc. v. EPA |

Key: ✓ Signifies Proof Of Service Filed By Agency